UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GANNA SHIROMI, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>CITY OF BERKELEY,<br><br>   Defendant. | Case No. 18-cv-03296-JD<br><br>**ORDER OF RECUSAL** |

The Court recuses itself from all further proceedings in this matter, and requests that the Clerk reassign the case to another district judge.

All pending dates of motions, pretrial conferences and trial are vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: July 11, 2018

_____
JAMES DONATO
United States District Judge