UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

GANNA SHIROMI, et al.,

Plaintiffs,

v.

CITY OF BERKELEY,

Defendant.

Case No. 18-cv-03296-VC (RMI)

**ORDER ON DISCOVERY LETTER**

Re: Dkt. No. 33

Before the court is a Discovery Letter (dkt. 33), filed by Defendant, City of Berkeley. All discovery matters were previously referred to the undersigned for disposition. Within the Letter, Defendant asserts that "[o]n October 11, 2018, [it] served Requests for Production of Documents and Interrogatories on plaintiff Ganna Shiromi," but has yet to receive any responses. Letter (dkt. 33) at 1. Defendant contacted counsel for Plaintiffs on December 17, 2018, to request a response, but was told that counsel intended to withdraw his representation of Plaintiffs. *Id*. On January 14, 2019, and again on January 16, 2019, Defendants inquired of Plaintiffs' counsel regarding the overdue discovery. *Id*. On January 16, 2019, counsel for Plaintiffs' again stated that he intended to withdraw from the case. *Id*. As of today, counsel for Plaintiffs remains counsel of record. On January 23, 2019, Defendant provided a draft of a discovery letter to counsel for Plaintiffs and requested a response by 5:00 p.m. on January 24, 2019. *Id*. No response was received, and the instant Letter was filed on January 25, 2019. *Id*.

Defendant asserts that the requested discovery is necessary to prepare for a meaningful settlement conference, currently set for March 6, 2019, and asks the court to "issue an Order compelling plaintiff Ganna Shiromi to respond to the City's Requests for Production of

Documents and Interrogatories, including providing all responsive documents, within one week." *Id*. at 2.

Considering Plaintiff Ganna Shiromi's responses to the Requests for Production of Documents and Interrogatories were due thirty (30) days after service, *see* Fed. R. Civ. P. 33 & 34, the court finds Defendant's request reasonable.

Accordingly, it is ORDERED that Plaintiff Ganna Shiromi shall respond to the City's Requests for Production of Documents and Interrogatories, no later than 7 days from the date of this order.

**IT IS SO ORDERED.**

Dated: January 28, 2019

ROBERT M. ILLMAN
United States Magistrate Judge